# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01655-RMR

KARAMJOT SINGH,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the ICE Denver Contract Detention Facility,
ROBERT HAGAN, Denver Field Office Director for U.S. Immigration and Customs Enforcement;
TODD LYONS, Acting Director of United States Immigration and Customs Enforcement;
TODD BLANCHE, Acting Attorney General of the United States, acting in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 13] entered by United States District Judge Regina M. Rodriguez on June 30, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 6th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/K. Myhaver

Kally Myhaver, Deputy Clerk